**FILED**

JUL 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO MORALES,<br><br>Defendant. | 1:12-mj-00156 DLB<br><br>ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON HIS OWN RECOGNIZANCE PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING, AND ORDER SETTING BRIEFING SCHEDULE |

Upon application of the United States Government for stay of the order of U.S. Magistrate Judge Dennis L. Beck setting conditions of release for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's release order of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders. until a hearing today at 5pm.

Dated: 7-20-12        _____
                      U.S. District Judge